UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 0:19-cv-61860-MGC

DONNA FINKEL and JOHN CIVETTI,

        Plaintiffs,

v.

M&T BANK, BAYVIEW LOAN SERVICING, LLC

        Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, William P. Heller, Esq., Eric S. Matthew, Esq., Forton H. Wimbush, Esq., and the law firm of Akerman LLP, hereby enter their appearance as counsel on behalf of Defendant, Bayview Loan Servicing, LLC and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

        Respectfully submitted,

        /s/Forton H. Wimbush, Esq.
        Eric S. Matthew, Florida Bar No. 026539
        Forton H. Wimbush, Esq., Florida Bar No. 82002
        **AKERMAN LLP**
        Three Brickell City Centre
        98 Southeast 7 Street, Suite 1100
        Miami, Florida 33131
        E-Mail: eric.matthew@akerman.com
        E-Mail:  forton.wimbush@akerman.com
        Second E-Mail:  elena.alzugaray@akerman.com
        305-374-5600 (ph)/305-374-5095 (fax)

        and

49594818;1

2

William P. Heller
Florida Bar No. 987263
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
william.heller@akerman.com
lorraine.corsaro@akerman.com
954-759-8945/954-463-2224(fax)

*Attorneys for Bayview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify on July 29, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.  The foregoing was also served in accordance with the method identified in the attached service list.

                s/ Forton H. Wimbush_____
                 Forton H. Wimbush

## SERVICE LIST

## DONNA FINKEL AND JOHN CIVETTI vs. M&T BANK
## AND BAYVIEW LOAN SERVICING, LLC
## CASE No.: 0:19-cv-61860-MGC

| | |
|---|---|
| Forton Wimbush, Esq.<br>Fla. Bar No. 82002<br>Eric S. Matthew, Esq.<br>Fla. Bar No. 026539<br>E-Mail: forton.wimbush@akerman.com<br>E-Mail: eric.matthew@akerman.com<br>Second E-Mail: elena.alzugaray@akerman.com<br>**AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast 7th Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: 305.374.5600<br>Facsimile: 305.374.5095<br><br>and<br><br>William P. Heller, Esq.<br>Florida Bar Number: 987263<br>william.heller@akerman.com<br>**AKERMAN LLP**<br>350 East Las Olas Boulevard, Suite 1600<br>Fort Lauderdale, FL 33301<br>Telephone: 954.759.8945<br>Facsimile: 954.463.2224<br><br>*Counsel for defendant Bayview Loan Servicing, LLC* | Jessica L. Kerr, Esq.<br>Florida Bar 92810<br>The Advocacy Group<br>200 S.E. 6th Street, Suite 504<br>Ft. Lauderdale, FL 33301<br>Telephone (954) 282-1858<br>Facsimile (844) 786-3694<br>E-Mail: service@advocacypa.com<br><br>*Counsel for plaintiff, Donna Finkel and John Civetti*<br><br><br>Brian Flick, Esq.<br>Ohio Reg. #081605 (*pro hac vice to be filed*)<br>The Dann Law Firm<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>Telephone (216) 373-0539<br>Facsimile (216) 373-0536<br>E-mail: notices@dannlaw.com |

49594818;1